**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:
BRENDA PRYOR**

812 SPRING RIDGE CV
HOLLY SPRINGS, MS 38635-7110

**CHAPTER 13 NO:**

**15-10702-JDW**

---

**NOTICE TO DEBTOR**

---

NOTICE is hereby given that your plan payment will change from **$763.00 ( MONTHLY )** to **$832.00 ( MONTHLY )** effective in **3/2018.** Your plan payment is being remitted **by your employer / <u>direct</u> / by automatic bank draft.**

The reason for the changes in your plan payment is:

_____ Due to a change in your monthly mortgage payment;

_____ Due to claim being filed for a different amount than scheduled;

\_\_XX\_\_ Due to entry of Agreed Order on Trustee's Motion To Dismiss.

_____ Other: _____

If your **employer is withholding the plan payment from your wages,** you are responsible for remitting the difference, if any, should your employer fail to withhold the new payment.

If you are paying by **automatic bank draft,** please be sure there are sufficient funds in your account to satisfy the new payment.

If you are paying **direct,** please be aware that the Trustee **DOES NOT** accept personal checks. You can remit payments online through **https://tfsbillpay.com** or mail guaranteed funds, in the form of a **cashier's check or money order** with your **case number and last name** in the description line, to

    Locke D. Barkley
    P.O. BOX 1859
    MEMPHIS, TN 38101-1859

Should you have any questions concerning this, please contact your attorney.

Date: 3/2/2018

CC:  NORTH MISSISSIPPI BANKRUPTCY GROUP
      C/O KAREN SCHNELLER
      PO BOX 417
      HOLLY SPRINGS, MS 38635

Respectfully submitted,
LOCKE D. BARKLEY

/s/ Locke D Barkley
_____
CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

I do hererby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Date:  3/2/2018

/s/ Locke D Barkley
_____
LOCKE D. BARKLEY
CHAPTER 13 TRUSTEE